**In the Matter of the NOMINATION PETITIONS OF Daniel DAVIS Candidate for Representative in the General Assembly District No. 38.**

**Appeal of Phillip Effland.**

Supreme Court of Pennsylvania.

April 3, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of April, 2008, the order of the Commonwealth Court is **AFFIRMED,** on the basis of Appellant's failure to personally serve Daniel Davis pursuant to the Commonwealth Court's order.

**In re NOMINATION PAPERS OF John ALWARD.**

**Appeal of Becky Lynn Travis.**

Supreme Court of Pennsylvania.

April 4, 2008.

John Joseph Shimek, III, Quinn, Buseck. Leemhuis, Toohey & Kroto, Inc, Erie, for Becky Lynn Travis, appellant.

John Alward, for John Alward, appellee.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 4th day of April, 2008, the order of the Commonwealth Court is AFFIRMED. Appellee's petition for leave to file a brief is DISMISSED as moot.